FILED
10/19/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EK

1:26-cr-00538
Judge LaShonda A. Hunt
Magistrate Judge Daniel P. McLaughlin
CAT. 5 / RANDOM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO SANCHEZ-CORTES | Violation: Title 8, United States Code, Section 1326(a) |

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about March 3, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTONIO SANCHEZ-CORTES

defendant herein, an alien who previously had been deported and removed from the United States on or about April 24, 2013, and June 6, 2013, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

____________________________
FOREPERSON

____________________________
ANDREW S. BOUTROS
UNITED STATES ATTORNEY