FILED
10/19/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EK

1:26-cr-00538
Judge LaShonda A. Hunt
Magistrate Judge Daniel P. McLaughlin
CAT. 5 / RANDOM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Antonio Sanchez-Cortes | No | Yes - State |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

Will any defendant require a foreign language interpreter for Court appearances? **Yes**
If yes, what language(s)? **Spanish**

What is the most severe level of offense/penalty in this indictment or information? **Immigration V**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 8, United States Code, Section 1326**

Assistant United States Attorney(s): **Holly Lanchantin**

Contact Person and Phone Number: **Holly Lanchantin, 312-469-6042**